```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

CARL LYNN WORTHEY                                      PLAINTIFF

    v.                        No. 08-5162

MEDICAL STAFF OF THE WASHINGTON
COUNTY DETENTION CENTER, et al.                        DEFENDANTS

## ORDER

Now on this 18th day of December, 2008, comes on for consideration the **Report and Recommendation (Doc. 7)** filed herein on November 3, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows:  The Report and Recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, this action is **DISMISSED** on the grounds that plaintiff has failed to comply with a court order and has failed to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                          /S/JIMM LARRY HENDREN
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE